**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Nancy Litch, | : Civil Action No.: 1:09-cv-10757 |
| Plaintiff, | : |
| v. | : |
| Eastern Asset Management, LLC, John Paul Nicolia, Esq. | : |
| Defendant. | : |

**NOTICE OF VOLUNTSRY WITHDRAWAL OF COMPLAINT AND**
**VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**
**<u>PURSUANT TO RULE 41(a)</u>**

Plaintiff, Nancy Litch, by her attorney, hereby withdraws her complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: March 22, 2010

Respectfully submitted,

By: /s/ Sergei Lemberg

Sergei Lemberg (SL 650671)
Lemberg & Associates L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (877) 795-3666
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 22, 2010, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system:

                  By:  /s/ Sergey Lemberg
                    Sergei Lemberg